THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TEAMSTERS LOCAL UNION NO. 727 HEALTH AND WELFARE FUND, TEAMSTERS LOCAL UNION NO. 727 PENSION FUND and TEAMSTERS LOCAL UNION NO. 727 LEGAL AND EDUCATIONAL ASSISTANCE FUND, | ) ) ) ) ) ) ) | 09CV7479 |
| Plaintiffs, | ) ) | JUDGE CASTILLO |
| v. | ) ) | MAGISTRATE JUDGE COLE |
| MILLENIUM PARKING, LLC, | ) ) | |
| Defendant. | ) ) | |
| NATIONAL CITY BANK, now known as PNC Bank, | ) ) ) | |
| Citee. | ) | |

## MOTION FOR JUDGMENT ON CITEE'S ANSWER

NOW COME the Plaintiffs, TEAMSTERS LOCAL UNION NO. 727 HEALTH AND WELFARE FUND, et al., by and through their Attorney, Robert B. Greenberg, and move this Honorable Court to enter judgment in the amount of $11,999.70 in favor of Plaintiffs and against the Citee Defendant, NATIONAL CITY BANK, now known as PNC BANK, pursuant to Citee's Answer to Plaintiffs' Citation attached hereto as Exhibit "A", and further to order Citee Defendant to pay Plaintiffs the monies due hereunder within ten days from the date of the Court's Order.

/s/ Robert B. Greenberg
Asher, Gittler & D'Alba, Ltd.
200 West Jackson Boulevard, Suite 1900
Chicago, Illinois 60606
(312) 263-1500
Fax: (312) 263-1520
rbg@ulaw.com
IL ARDC#: 01047558

Dated: November 16, 2010